# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FLAVA WORKS, INC.,

*Plaintiff*,

v.    No. 11 C 6306

Judge Milton Shadur

LEE MOMIENT,

*Defendant*.

### NOTICE AND CERTIFICATE OF SERVICE

TO: MEANITH HUON PO BOX 441 CHICAGO, IL 60690

PLEASE TAKE NOTICE that on Thursday, August 2 2012 at 9:00 am I shall appear before the Honorable Judge Milton Shadur or any judge sitting in his stead in the Courtroom 2303 of the US district court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn St. Chicago, IL and shall present the following motions attached hereto: Motion to Vacate or Set-aside Default Judgment.

Please take notice that on 7/29/2012 I filed: Defendants Answer to Plaintiffs Third Amended Complaint , Affirmative Defenses and Counter-Claim.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 7/29/2012, I provided service to the person above by the following means: Electronic ECF delivery and Mail.

/s/Lee Momient 7/29/2012