# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FLAVA WORKS, INC.,

*Plaintiff*,

v.  No. 11 C 6306

Judge Milton Shadur

LEE MOMIENT,

*Defendant*.

### NOTICE AND CERTIFICATE OF SERVICE

TO: MEANITH HUON PO BOX 441 CHICAGO, IL 60690

Please take notice that on 8/20/2012 I filed: Defendants Answer to Plaintiffs Third Amended Complaint , Affirmative Defenses and Counter-Claim.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 8/20/2012, I provided service to the person above by the following means: Electronic ECF delivery and Mail.

/s/Lee Momient 8/20/2012