# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Flava Works, Inc.

                Plaintiff,

v.                                    Case No.: 1:11−cv−06306
                                              Honorable Milton I. Shadur

Lee Arthur Momient

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 24, 2012:

       MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 8/24/2012. It is ordered that the denials in paragraphs 3,4,5,15 and 16 in Defendant's Answer are hereby stricken. All references to Fed. R. Civ. P. 8(b)(B)(5) are incorrect and also stricken. Defendant is ordered to reconsider the full disclaimers in Answer paragraphs 9, 10 and 21 and the full denial in paragraph 17. Affirmative defenses 6 and 8 are also stricken. Status hearing set for 11/27/2012 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.