# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Flava Works, Inc.

                         Plaintiff,

v.                                               Case No.: 1:11−cv−06306
                                                      Honorable Milton I. Shadur

Lee Arthur Momient

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 29, 2012:

      MINUTE entry before Honorable Milton I. Shadur:Motion to dismiss [72] is entered and continued to 1/3/13 at 9:15 a.m. Motion hearing held on 11/29/2012. Defendant's Response due by 12/20/2012 Motion Hearing set for 1/3/2013 at 09:15 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.