# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Flava Works, Inc.

                Plaintiff,

v.                                     Case No.: 1:11−cv−06306

                                            Honorable Milton I. Shadur

Lee Arthur Momient

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 1, 2013:

      MINUTE entry before Honorable Milton I. Shadur: Enter Memorandum Order. The assertion in the memorandum calls for the prompt delivery to this Court of a copy of the signed Commission Work Agreement, together with any additional documentary evidence that is available to establish (or to negate) Flava's copyright violation claims or Momient's copyright violation Counterclaim. That information is ordered to be provided to this Court on or before April 19, 2013. Mailed notice by judge39;s staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.