# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FLAVA WORKS, INC.,

*Plaintiff*,

v.                          No. 11 C 6306

                             Judge Milton Shadur

LEE MOMIENT,

*Defendant*.

**Notice of Motion and Filing CERTIFICATE OF SERVICE**

TO: MEANITH HUON PO BOX 441 CHICAGO, IL 60690

**Please take notice that on 04/11/2013 I filed the following**; 28 USC § 1746 AFFIDAVIT OF LEE MOMIENT IN SUPPORT MOMIENTS BRIEF STATEMENT WITH ATTACHED EXHIBITS 1-16; and Exhibits 1-16.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 04/11/2013, I provided service to the person above by the following means: Electronic ECF delivery and U.S. Mail.

/s/Lee Momient 04/11/2013