# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FLAVA WORKS, INC.,

*Plaintiff*,

v.                     No. 11 C 6306

                         Judge Milton Shadur

LEE MOMIENT,

*Defendant*.

### Notice of Motion and Filing CERTIFICATE OF SERVICE

TO: MEANITH HUON PO BOX 441 CHICAGO, IL 60690

**Please take notice that on 04/17/2013 at 9:15 am** I shall appear before the Honorable Judge Milton Shadur in the room occupied by him in Room 2303 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendant-Counter-Plaintiff's: Motion to File Under Seal.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 04/12/2013, I provided service to the person above by the following means: Electronic ECF delivery and U.S. Mail.

/s/Lee Momient 04/12/2013