**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**


Flava Works, Inc.

                              Plaintiff,

v.                                                         Case No.: 1:11–cv–06306
                                                           Honorable Milton I. Shadur

Lee Arthur Momient

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, April 17, 2013:


       MINUTE entry before Honorable Milton I. Shadur: Motion hearing held on
4/17/2013. Defendant's motion to file under seal is granted. Plaintiff is ordered to file a
response to the substantive conditions within the documents filed under seal on or before
5/8/2013. Status hearing set for 5/16/2013 is stricken and reset to 5/23/2013 at 8:45 a.m.
Mailed notice by judge's staff. (srb,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.