# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FLAVA WORKS, INC.,
*Plaintiff*,

v.　　　　　　　　　　No. 11 C 6306

　　　　　　　　　　　Judge Milton Shadur

LEE MOMIENT,
*Defendant*.

## NOTICE AND CERTIFICATE OF SERVICE

TO: MEANITH HUON PO BOX 441 CHICAGO, IL 60690

Please take notice that on 04/30/2013, at 9:15 A.M. I shall appear before the Honorable Judge Milton Shadur or any Judge sitting in his stead, at the courtroom situated at room 2303 of the Dirksen Federal Building at 219 s. Dearborn, Chicago, IL 60604, and present the Attached Rule 9(b) Special Matter:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12/21/2012, I provided service to the person above by the following means: Electronic ECF delivery and Mail.

/s/Lee Momient 04/24/2013