# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Flava Works, Inc.

                       Plaintiff,

v.                                          Case No.: 1:11−cv−06306

                                             Honorable Milton I. Shadur

Lee Arthur Momient

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2013:

      MINUTE entry before Honorable Milton I. Shadur: Motion hearing held on 4/30/2013. The Court has found that defendant Momient has violated the provisions of F.R.C.P. 11(b) and therefore his counterclaim is stricken for the reasons stated in open court and this action is hereby dismissed. Motion by counter claimant Momient to take notice of fraud and require Flava to produce information [99] is denied as moot. All deadlines and hearings are vacated. Civil case terminated. Mailed notice by judge#039;s staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.